**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER FENELUS,

    Plaintiff,

v.                                                                              Case No. 3:12-cv-909-J-32MCR

LIEUTENANT MICHAEL BROWN, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 14, 2012, the Court ordered Plaintiff to file an amended complaint and to either file a fully completed Prisoner Consent Form and Financial Certificate (if he desired to proceed as a pauper) or pay the $350.00 filing fee (if he did not desire to proceed as a pauper). Further, the Court notified Plaintiff that failure to do so on or before September 14, 2012, would result in the dismissal of this action without further notice. As of the date of this Order, Plaintiff has not responded.

Therefore, it is now

**ADJUDGED:**

1.    This case is hereby **DISMISSED** without prejudice.

2.    The Clerk of the Court shall enter judgment dismissing this case without prejudice, and close this case.

3.    The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If

Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms.  Plaintiff should not place this case number on the forms.  The Clerk will assign a separate case number if Plaintiff elects to refile his claims.  In refiling, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $350.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of November, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

ps 10/15
c:
Christopher Fenelus