**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER FENELUS,

    Plaintiff,

v.                                                        Case No. 3:12-cv-909-J-32MCR

LIEUTENANT MICHAEL BROWN, et al.,

    Defendants.

## ORDER

1.    Plaintiff's "Motion for Leave Requesting an Enlargement of Time and Alternative for Reconsideration to Amended Complaint" (Doc. #8) is **DENIED**. However, because this case was dismissed without prejudice, Plaintiff may resubmit his claims in a separate action.

2.    The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In refiling, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of

Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $350.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of May, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

ps 5/6
c:
Christopher Fenelus